

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2016

No. 04-16-00307-CV

**JAMRO LTD**.,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-21267
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

    Appellant's unopposed motion for a continuance and to reset the date for oral arguments is GRANTED. The cause is reset for formal submission and oral argument before this Court on February 2, 2017, at 9:00 a.m., before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Rebeca C. Martinez, and Justice Luz Elena D. Chapa.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court